

# United States District Court
# Eastern District of California

| | |
|---|---|
| Onyekachi Ebele Opara, | Case Number: 2:24-cv-00566-TLN-JDP |
| Plaintiff(s) | |
| V. | |
| Ur M. Jaddou, | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jesse M. Bless hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Onyekachi Ebele Opara

On 12/13/2004 (date), I was admitted to practice and presently in good standing in the Massachusetts Supreme Judicial Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Sunil Kumar Ratakonda, et al. v. Ur M. Jaddou  2:23-cv-02309-WBS-DB
Date of Application: 10/17/2023    Granted: 10/18/2023

Date: 02/26/2024                Signature of Applicant: /s/ Jesse M. Bless

**Pro Hac Vice Attorney**

Applicant's Name: Jesse M. Bless
Law Firm Name: Bless Litigation LLC
Address: 6 Vineyard Lane

City: Georgetown   State: MA   Zip: 01833
Phone Number w/Area Code: (781) 704-3897
City and State of Residence: Georgetown, MA
Primary E-mail Address: jesse@blesslitigation.com
Secondary E-mail Address: heather@blesslitigation.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kristina David
Law Firm Name: David Strashnoy Law, PC
Address: 1901 Avenue of the Stars, Suite 200

City: Los Angeles   State: CA   Zip: 90067
Phone Number w/Area Code: (818) 646-7350   Bar #: 346347

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 26, 2024

_[signature]_

JUDGE, U.S. DISTRICT COURT