BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director
JAMES C. GRAULICH
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-0246
Email: james.c.graulich@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ONYEKACHI EBELE OPARA, | CASE NO. 2:24-CV-00566-TLN-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| UR M. JADDOU, ET AL., | |
| Defendants. | |

1

Defendants respectfully request an extension of time to respond to the Complaint. Plaintiff stipulates to this request. This case is an action under the Administrative Procedure Act to review the denial of a Form I-600, Petition to Classify Orphan as an Immediate Relative. Plaintiff filed her Form I-600 on behalf of her adopted child who is a citizen and national of Nigeria. On February 16, 2022, U.S. Citizenship and Immigration Services ("USCIS") denied Plaintiff's Form I-600. This lawsuit challenges USCIS's denial decision. Defendants intend to reopen the Form I-600 to allow Plaintiff to rebut derogatory evidence and to allow USCIS to reconsider its decision. Due to the complexity of the issues at hand, the parties agree that an 180 day extension of time to respond the Complaint will be necessary. The parties, therefore, stipulate that the new date for Defendants to file an answer or other dispositive pleading is October 30, 2024. The parties further request that all other filing deadlines be similarly extended.

Dated: April 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

By: /s/ JAMES C. GRAULICH
JAMES C. GRAULICH
Trial Attorney

/s/ JESSE M. BLESS
JESSE M. BLESS
Counsel for Plaintiff

//

ORDER

Pursuant to stipulation, it is so ordered.

Dated: April 25, 2024

_____
Troy L. Nunley
United States District Judge