BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM PEACHEY
Director
SAMUEL P. GO
Assistant Director
CAROLYN D. DILLARD
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-7013
Email: Carolyn.D.Dillard@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONYEKACHI EBELE OPARA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UR M. JADDOU,<br><br>　　　　　　　Defendant. | CASE NO.  2:24-CV-00566-TLN-JDP<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS 120 DAYS FROM FILING DATE AND PROPOSED ORDER** |

**STIPULATION TO STAY PROCEEDINGS
FOR 120 DAYS FROM FILING DATE**

1. This case is an action under the Administrative Procedure Act to review the denial of a Form I-600, Petition to Classify Orphan as an Immediate Relative.

2. Plaintiff filed her Form I-600 on behalf of the beneficiary who is a citizen and national of Nigeria. On February 16, 2022, U.S. Citizenship and Immigration Services ("USCIS") denied Plaintiff's Form I-600. Plaintiff's lawsuit challenges USCIS's February 16, 2022, denial decision.

3. On April 24, 2024, Plaintiff and USCIS (hereinafter "the parties") filed a stipulation for extension of time for Defendant to answer the complaint up to and including October 30, 2024. *See* ECF No. 11. In that stipulation, the parties agreed, "Defendant[] intend[s] to reopen the Form I-600 to allow Plaintiff to rebut derogatory evidence and to allow USCIS to reconsider its decision." *Id*.

4. On April 25, 2024, this Court granted the parties' stipulation. *See* ECF No. 12. Thus, Defendant's answer to Plaintiff's complaint is currently due on October 30, 2024.

5. On July 29, 2024, USCIS reopened Plaintiff's petition, and on September 24, 2024, USCIS issued a Notice of Intent to Deny ("NOID") to Plaintiff. Therefore, there is no final agency action for the Court to review. *See, e.g., Fairbanks N. Star Borough v. U.S. Army Corps of Eng'rs*, 543 F.3d 586, 591 (9th Cir. 2008) ("[F]inality is a jurisdictional requirement to obtaining judicial review under the APA . . . ").

6. The parties request that this Court stay proceedings until February 6, 2025, which is 120 days from today's filing date to allow the agency to issue a final administrative action.

7. If USCIS approves Plaintiff's Form I-600, Plaintiff will voluntarily dismiss this action. If, however, USCIS continues to deny Plaintiff's Form I-600, the parties will file a joint status report on or before February 6, 2025, to update the Court on the additional administrative developments. This stipulation for a stay of proceedings is not filed for the purpose of delaying the case.

In light of the foregoing, the parties ask the Court to stay proceedings up to and including February 6, 2025, which is 120 days from the date this stipulation is filed.

Dated: October 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

SAMUEL P. GO
Assistant Director

By: */s/ Carolyn D. Dillard*
Carolyn D. Dillard
Trial Attorney
*Counsel for Defendant*

*/s/ JESSE M. BLESS (with permission)*
JESSE M. BLESS
*Counsel for Plaintiff*

//

ORDER

**IT IS SO ORDERED.**

Dated: October 10, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

4